UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC)<br><br>Plaintiff,<br><br>vs.<br><br>AUDRAIN HEALTH CARE, INC.<br>D/B/A AUDRAIN MEDICAL CENTER<br><br>Defendant(s) | Case No. 4:11CV01369MLM |

## ORDER

The above styled and numbered case was filed on August 9, 2011 and randomly assigned to the Honorable Mary Ann L. Medler, United States Magistrate Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly, the case has been transferred to the Northern Division and assigned Case No. 2:11cv00057 and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge.

Dated this 9th day of August, 2011.

JAMES G. WOODWARD

By: /s/ Lori Miller-Taylor

**Please note the new case number: 2:11cv00057NAB.**