# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) AUDRAIN HEALTH CARE, INC. ) ) Defendant. ) ) | Case No. 2:11-CV-57 NAB |

## JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERD, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Audrain Health Care, Inc. doing business as Audrain Medical Center, and against Plaintiff Equal Employment Opportunity Commission.

Dated this 28th day of January, 2013.

   /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE